UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


THOMAS EDWARD KOTEWA #413696,

      Plaintiff,

v.                        3:07-cv-272


PAUL WHITE, AVERY JOHNSON,
and BONNIE BOWIE,

      Defendants.


**JUDGMENT ORDER**


For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that

this action is **DISMISSED** for failure to state a claim for relief. The court **CERTIFIES** that

any appeal from this action would not be taken in good faith and would be totally frivolous.


      **E N T E R:**

                                s/ Thomas W. Phillips
                             United States District Judge


ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
    CLERK OF COURT